UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#291072

IN RE:                                      CASE NO.  08-14757-BKC-RAM
ODESSA SMITH

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 6,260.91 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUN 1 6 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ODESSA SMITH
17531 NW 32 AVE
OPA LOCKA, FL 33056

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

WELLS FARGO FINANCIAL, INC
4137 121ST STREET
URBANDALE, IA 50323

WELLS FARGO FINANCIAL, INC
4137 121ST STREET
URBANDALE, IA 50323

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                           CASE NO.  08-14757-BKC-RAM
ODESSA SMITH

CHAPTER 13


ODESSA SMITH

17531 NW 32 AVE
OPA LOCKA, FL 33056


ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

WELLS FARGO FINANCIAL, INC    ---------$        5,411.72
4137 121ST STREET
URBANDALE, IA 50323

**RETURNED FROM CREDITOR
BECAUSE CASE DISMISSED
CLAIM REGISTER # 7-1**

WELLS FARGO FINANCIAL, INC    ---------$          849.19
4137 121ST STREET
URBANDALE, IA 50323


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

**RETURNED FROM CREDITOR
BECAUSE CASE DISMISSED
CLAIM REGISTER # 7-1**